de Río Piedras, hasta tanto se resuelva y sustancie el recurso de apelación Núm. 7644 entre las mismas partes;

POR CUANTO, a moción de los peticionarios radicada en esta Corte el día primero de marzo de 1938 y por las razones que en ella se adujeron anticipamos la vista del recurso núm. 7644, ya referido;

POR CUANTO, dicha apelación ha quedado resuelta definitivamente;

POR TANTO, se declara no haber lugar a librar el auto de *injunction* solicitado.

*Mandamus:*

Núm. 309.—FLORES, peticionario, *v.* CORTE, dmdada.— Abril 27, 1938.

Por los fundamentos consignados en la opinión emitida en el caso de *mandamus* núm. 308, *Andrés de Gracia Torres, peticionario,* v. *Corte de Distrito de Humacao, Hon. R. Arjona Siaca, juez, demandada,* (52 D.P.R. 607), se declara con lugar la presente solicitud y en su consecuencia se ordena al Secretario de este Tribunal que expida, bajo el sello de la Corte, un auto perentorio de *mandamus* contra F. Navarro Ortiz, Juez de la Corte de Distrito del Distrito Judicial de Mayagüez, para que decrete el sobreseimiento del proceso seguido ante dicha corte por un delito de homicidio involuntario (núm. 10,056) contra Jorge Flores Vega, el peticionario.

Núm. 310.—LUGO, peticionario, *v.* CORTE, dmdada.— Abril 27, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por los fundamentos consignados en la opinión emitida en el caso de *Mandamus* núm. 308, *Andrés de Gracia Torres, peticionario,* v. *Corte de Distrito de Humacao, Hon. R. Arjona Siaca, juez, demandada,* (52 D.P.R. 607), se declara con lugar la presente solicitud y en su consecuencia se ordena al Secretario de este Tribunal que expida, bajo el sello de la Corte, un auto perentorio de *mandamus* contra F. Navarro Ortiz, Juez de la Corte de Distrito del Distrito Judicial de Mayagüez, para que decrete el sobreseimiento del proceso seguido ante dicha corte por un delito de portar armas (núm. 10,100) contra Elías Lugo, el peticionario.

Núm. 313.—GONZÁLEZ, peticionario, *v.* CORTE, dmdada.— Junio 24, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, con fecha 4 de mayo este Tribunal libró en el presente caso un auto alternativo de *mandamus* y señaló la vista del recurso para el 23 del mismo mes;